**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIE DAVID McCUNE,

     Petitioner,

v.                                                                 Case No.   8:22-cv-2123-CEH-AEP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

     Respondent.
_____/

### ORDER

Petitioner initiated this action by filing a petition for the writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) in which he challenges convictions for resisting arrest with violence, battery on a law enforcement officer, and grand theft. Petitioner has another petition for the writ of habeas corpus, pending in this Court, that challenges the same convictions. *See McCune v. Secretary, Dep't. of Corr.*, Case No. 8:22-cv-218-CEH-TGW (M.D. Fla.).

Petitioner may not simultaneously litigate duplicative habeas actions in two cases in this Court. *See Smith v. United States*, 2014 WL 4693160, at *1 (N.D. Fla. Sept. 19, 2014) ("Petitioner may not simultaneously pursue two habeas petitions against the same Respondent concerning the same underlying conviction or sentence.").

1

Therefore, because Petitioner first filed a petition in Case No. 8:22-cv-218-CEH-TGW, this action will be dismissed. *See Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 39 (2d Cir. 2000) (where actions are identical "simple dismissal of the second suit is [a] common disposition because plaintiffs have no right to maintain two actions on the same subject in the same court, against the same defendant at the same time").

Accordingly, the petition (Doc. 1) is **DISMISSED** without prejudice to Petitioner pursuing his claims in Case No. 8:22-cv-218-CEH-TGW (M.D. Fla.).[1] The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 28, 2022.

Charlene Edwards Honeywell
United States District Judge

<u>Copy to:</u> *Pro se* Petitioner

---

1 If Petitioner intended to amend the petition in Case No. 8:22-cv-218-CEH-TGW, he must move for leave to amend in that case.

2